FILED

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

2020 SEP 14  AM 10: 40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Vanessa Robinson

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Florida Home Partnership ETAL

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:20 cv 2148 T 60 AAS

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*    ✓ Yes    ' No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.    The Parties to This Complaint A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Vanessa Robinson
Street Address          4217 E. Paris St.
City and County         Tampa, Hillsborough
State and Zip Code      Fl. 33610
Telephone Number        813-778-9235
E-mail Address          v.robinson8156@yahoo.com

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Florida Home Partnership |
| Job or Title *(if known)* Street | |
| Address | 201 14th Ave, S.E. Suite H |
| City and County | Ruskin, Hillsborough |
| State and Zip Code | Fl. 33570 |
| Telephone Number E-mail | 813-672-7889 |
| Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | USDA Rural Development |
| Job or Title *(if known)* Street | |
| Address | 8390 Champions Gate Blvd Suite 210 |
| City and County | Champions Gate |
| State and Zip Code | Fl. 33896 |
| Telephone Number E-mail | 863-420-4833 |
| Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* Street | |
| Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number E-mail | |
| Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |

Job or Title *(if known)* Street

Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* _____Vanessa Robinson_____ , is a citizen of the

State of *(name)* _____Florida_____ .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of

_____ *(name)* ,

and has its principal place of business in the State of *(name)*

_____ .

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* , is a citizen of the State of *(name)* . Or is a citizen of

*(foreign nation)*

_____

_____ .

2.   If the defendant is a corporation

The defendant, *(name)* Florida Home Partnership , is incorporated under

A Florida Certified Not-For-Profit Homebuilder

the laws of the State of *(name)* ___Florida___ , and has its

principal place of business in the State of *(name)* ___Florida___ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake– is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The plaintiff, *(name)* ___Vanessa Robinson___ , and the defendant,

*(name)* ___Florida Home Partnership___ , made an

agreement or ___agreement___.  The agreement or contract was *(oral or written)* ___written___ contract on

*(date)* ___8/5/2019___ .  Under that

agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

Purpose of agreement is to create a mutually enforceable agreement among the parties.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The defendant failed to comply because the Florida Home Partnership staff switched my group after it was already assigned without my knowledge.

The plaintiff has complied with the plaintiff's obligations under the contract.

While awaiting for the USDA to complete my paperwork I met with Teresa Alvarado on January 24th of 2020, That's when I learned that my group was switched without notice to group number 15.

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*To be awarded for punitive or exemplary damages*

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff ____*Vanessa Robinson*_____

B.      **For Attorneys**

Date of signing: _____

Signature of Attorney

Printed Name of Attorney      _____

Bar Number                    _____

Name of Law Firm              _____

Street Address                _____

State and Zip Code            _____

Telephone Number              _____

E-mail Address                _____